HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

**FILED**
Oct 23, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:23-mc-00097-BAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. E1167289 |
| Plaintiff, | **APPLICATION AND ORDER PRE-APPOINTING COUNSEL** |
| vs. | |
| ABIGAIL GRACE SCHLAG, | |
| Defendant, | |

Defendant Abigail Grace Schlag, through the Federal Defender for the Eastern District of California, hereby requests pre-appointment of CJA counsel, the Federal Defender has a conflict.

On September 18, 2023, Park law enforcement cited Ms. Schlag for Interference with Agency Function, carrying a maximum sentence of 6 months in custody, or a $5000 fine, or both.  At the same time that law enforcement cited Ms. Schlag they arrested her partner, Matthew Jenkins.  Mr. Jenkins has his first status conference on November 14, 2023.  In the interests of judicial efficiency, Ms. Schlag would like to schedule her initial appearance for November 14, 2023 as well, and requires assistance of counsel in advance to facilitate her appearance and expedite resolution of this matter.  Ms. Schlag submits the attached *Financial Affidavit* as evidence of her inability to retain counsel.

Therefore, after reviewing the attached Financial Affidavit, and considering the legal issues presented in this case, it is respectfully recommended that CJA Panel Counsel, Carol A. Moses, be appointed nunc pro tunc as of October 20, 2023, pursuant to 18 U.S.C. § 3006A in the interest of justice.

DATED:  October 23, 2023         /s/ Eric V Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant, Abigail Grace Schlag, is unable to retain counsel, and that counsel is required in the interest of justice, the Court hereby appoints CJA counsel, Carol A. Moses, nunc pro tunc as of October 20, 2023, pursuant to 18 U.S.C. § 3006A. IT IS SO ORDERED.

Dated:  **October 23, 2023**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE